**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.  1:19-cv-0174-NRN

FRED NEKOUEE,

    Plaintiff,

v.

W-ADP HARVEST JUNCTION OWNER VIII, LLC, et al.,

    Defendants.

**ORDER GRANTING JOINT MOTION FOR APPROVAL
OF SETTLEMENT AND DISMISSAL**

This matter is before the Court on the parties' Joint Motion for Approval of Settlement and for Dismissal (the "Motion") (Dkt. #29). For the reasons discussed below, the Court grants the Motion and dismisses the action with prejudice.

The Court has reviewed the Motion and Settlement Agreement. The parties have stipulated to dismissal of the action under Rule 41(a)(1)(A)(ii), but have requested that dismissal be conditioned on the Court's retention of jurisdiction over the parties' settlement agreement. (Dkt. #29). This Court may retain jurisdiction over a case "to enable a court to function successfully, that is, to manage its proceedings, vindicate its authority, and effectuate its decrees." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 380 (1994); *McKay v. United States*, 207 F. App'x 892, 894 (10th Cir. 2006). In those circumstances, this Court "is authorized to embody the settlement contract in its dismissal order or, what has the same effect, retain jurisdiction over the settlement contract [ ] if the parties agree." *Kokkonen*, 511 U.S. at 381-82. In view of the parties'

agreement to dismiss this case, the Court finds that an order dismissing all claims asserted by Nekouee against Ross should be entered. The Court expressly retains jurisdiction over the parties' Settlement Agreement (Dkt. #29), the terms of which are hereby incorporated into this Order.

Therefore, the Court GRANTS the Motion and all claims are hereby dismissed with prejudice, with fees and costs allocated as provided for in the Settlement Agreement (Dkt. #29).

DATED on this 5th day of April, 2019.

BY THE COURT:

Magistrate Judge N. Reid Neueriter